**Yolanda Salazar FORSTER, Petitioner,**

v.

**IMMIGRATION & NATURALIZATION SERVICE, Respondent.**

**No. 71–1597.**

United States Court of Appeals, Ninth Circuit.

Dec. 15, 1971.

Roy O. Lange, Palo Alto, Cal., for petitioner.

Robert L. Meyer, U. S. Atty., Frederick M. Brosio, Jr., Asst. U. S. Atty. & Chief of Civil Div., James R. Dooley, Asst. U. S. Atty., Los Angeles, Cal., Joseph Surreck, Reg. Counsel, I&NS, San Pedro, Cal., George K. Rosenberg, District Director, I&NS, Los Angeles, Cal., for respondent.

Before BROWNING, WRIGHT, and KILKENNY, Circuit Judges.

PER CURIAM:

■ ■ This is a petition to review a decision by a special inquiry officer that petitioner be deported. No appeal was taken to the Board of Immigration Appeals from the special inquiry officer's decision. See 8 C.F.R. § 242.21. Accordingly, the petition for review is premature, and this court lacks jurisdiction under 8 U.S.C. § 1105a(c). See Rodriguez-De Leon v. I&NS, 324 F.2d 311 (9th Cir. 1963); Kassab v. I&NS, 322 F. 2d 824 (9th Cir. 1963). The petitioner may move to reopen the deportation hearing. 8 C.F.R. § 242.22. Cf. Lee Fook Chuey v. I&NS, 439 F.2d 244 (9th Cir. 1971).

The petition is dismissed.